

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00066-CV

**MCDONALD'S RESTAURANTS OF TEXAS, INC., MCDONALD'S USA, LLC, AND MCDONALD'S CORPORATION,**

Appellants

v.

**WILLIAM PAUL CRISP, JR. AND J. NICOLE CRISP, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF LAUREN BAILEY CRISP AND DENISE WHITAKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DENTON JAMES WARD,**

Appellees

**From the 361st District Court
Brazos County, Texas
Trial Court No. 12-003034-CV-361**

## ORDER

The parties' "Joint Request for Extension of the Mediation Deadline" is granted. The time period for mediation to occur is extended through January 20, 2016. All other terms of the Order of Referral to Mediation issued on November 16, 2016 remain in effect

through the date of extension.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Mediation extended
Order issued and filed December 7, 2016

